FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ FEB 24 2016

LONG ISLAND OFFICE

SK
F. #2012R01624

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - -X

NOTICE OF MOTION

Criminal Docket No.

CR 16 088
SEYBERT, J
SHIELDS, M.J.

    PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant JOHN DOE's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
           February 19, 2016

                                    ROBERT L. CAPERS
                                    United States Attorney
                                    Eastern District of New York
                                    Attorney for Plaintiff
                                    271 Cadman Plaza East
                                    Brooklyn, New York 11201

                      By:              /s/
                                    Saritha Komatireddy
                                    Assistant United States Attorney
                                    (718) 254-6054

Cc:    Clerk of the Court
        Mark M. O'Mara, Esq.