FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ FEB 24 2016

LONG ISLAND OFFICE

SK
F. #2012R01624

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

JOHN DOE,

        Defendant.

- - - - - - - - - - - - - - - - - X

NOTICE OF MOTION

Criminal Docket No.

C R 16 08 8
SEYBERT, J
**SHIELDS, M.J.**

PLEASE TAKE NOTICE that the undersigned will move this Court, before a

judge to be assigned, for leave to file an information upon the defendant JOHN DOE's

waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    Brooklyn, New York
        February 19, 2016

                  ROBERT L. CAPERS
                  United States Attorney
                  Eastern District of New York
                  Attorney for Plaintiff
                  271 Cadman Plaza East
                  Brooklyn, New York 11201

    By:                   
                  Saritha Komatireddy
                  Assistant United States Attorney
                  (718) 254-6054

Cc:    Clerk of the Court
        Mark M. O'Mara, Esq.